UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT DRAWN,

    Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant.

Case No. 15-cv-05870-SI

**JUDGMENT**

Re: Dkt. No. 1

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus after he exhausts state court remedies.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 24, 2016

_____
SUSAN ILLSTON
United States District Judge